**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:  Case No: 6:08-bk-09347-ABB

Eugene J Stys, Jr.
   Debtor(s).
_____/

**FILED**
**FEB - 4 2009**
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

## REAFFIRMATION AGREEMENT

*(Indicate all documents included in this filing by checking each applicable box)*

| | | | |
|---|---|---|---|
| ☒ | PART A: Disclosures, Instructions, and Notice to Debtor, (Pages 1-5) | ☒ | Part D: Debtor's Statement in Support of Reaffirmation Agreement |
| ☒ | Part B: Reaffirmation Agreement | ☐ | Part E: Motion for Court Approval |
| ☒ | Part C: Certification by Debtor's Attorney | ☐ | Proposed Order Approving Reaffirmation Agreement |

☒ **Creditor is a Credit Union as defined in §19(b)(1)(a)(iv) of the Federal Reserve Act**

## PART A: DISCLOSURE STATEMENT, INSTRUCTIONS AND NOTICE TO DEBTOR

**1.    DISCLOSURE STATEMENT**
   **Before Agreeing to Reaffirm a Debt, Review These Important Disclosures:**

**SUMMARY OF REAFFIRMATION AGREEMENT WITH SPACE COAST CREDIT UNION**
This Summary is made pursuant to the requirements of the Bankruptcy Code.

**AMOUNT REAFFIRMED**

a. The amount of debt you have agreed to reaffirm:    $337,944.70

b. All fees and costs accrued as of the date of this    $ 0.00
   This disclosure statement, related to the amount
   Of debt shown in a. above.

c. The total amount you have agreed to reaffirm    $337,944.70
   (Debt and fees and costs excluding interest)
   (Add lines a. and b.)

**Your credit agreement may obligate you to pay additional amounts, which may come due after the date of this disclosure**
**ANNUAL PERCENTAGE RATE**

a. The interest rate applicable to the amount reaffirmed as of the date of this disclosure statement is **6.25%**. WITH MONTHLY PAYMENTS OF $2,540.12 PER ORIGINAL CREDIT AGREEMENT WITH SPACE COAST CREDIT UNION.

b. The reaffirmed debt is secured by a security interest or lien, which is not being waived and will not be determined to be void by a final order of the court. The following item of the debtor's property remain subject to such security interest or lien in connection with the debt being reaffirmed in the reaffirmation agreement Described in Part B.

Item or Type of Item

**LOT 2, BLOCK 2, BENNINGTON PHASE I, PLAT OF VIERA NORTH PUD TRACT E-2, LOCATED IN THE CITY OF ROCKLEDGE, BREVARD COUNTY FLORIDA, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 46, PAGE 23 OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.**

**ALSO KNOWN AS: 1853 SURREY CT, ROCKLEDGE, FL 32955**

Original Amount of Loan:    **$345000.00**

## REPAYMENT SCHEDULE

a. The Debtor(s) agree(s) to commence monthly payments to the Creditor beginning with the first post petition payment due on 1/1/2009, and each month thereafter until the indebtedness is paid in full. In the event this agreement is rescinded by the Debtor(s), then any monthly payments made to Creditor, before rescission, will be kept by Creditor as adequate protection for the Debtor(s) continued use of the Collateral pledged to Creditor.

b. As of the date of filing this bankruptcy case, the debtor(s) owed the following payments under the loan documents: **$2540.12.** These payments will be paid as follows: **N/A.**

2. **INSTRUCTIONS AND NOTICE TO DEBTOR.**

Reaffirming a debt is a serious financial decision. The law requires you to take certain steps to make sure the decision is in your best interest. If these steps are not completed, the reaffirmation agreement is not effective, even though you have signed it.

1. Read the disclosures in this Part A carefully. Consider the decision to reaffirm carefully. Then, if you want to reaffirm, sign the reaffirmation agreement in Part B (or you may use a separate agreement you and your creditor agree on).

2. Complete and sign Part D and be sure you can afford to make the payments you are agreeing to make and have received a copy of the disclosure statement and a completed and signed reaffirmation agreement.

3. If you were represented by an attorney during the negotiation of your reaffirmation agreement, the attorney must have signed the certification in Part C.

4. If you were not represented by an attorney during the negotiation of your reaffirmation agreement, you must have completed and signed Part E.

5. The original of this disclosure must be filed with the court by you or your creditor. If a separate reaffirmation agreement (other than the one in Part B) has been signed, it must be attached.

6. If the creditor is not a Credit Union and an attorney represented you during the negotiation of your reaffirmation agreement, your reaffirmation agreement becomes effective upon filing with the court unless the reaffirmation is presumed to be an undue hardship as explained in Part D. **If the creditor is a Credit Union and you were represented by an attorney during the negotiation of your reaffirmation agreement, your reaffirmation agreement becomes effective upon filing with the court.**

7. If you were not represented by an attorney during the negotiation of your Reaffirmation agreement, it will not be effective unless the court approves it. The court will notify you and the creditor of the hearing on your reaffirmation agreement. You must attend this hearing in bankruptcy court where the judge will review your reaffirmation agreement. The bankruptcy court must approve your reaffirmation agreement as consistent with your best interests, except that no court approval is required if your reaffirmation agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home.

**YOUR RIGHT TO RESCIND (CANCEL) YOUR REAFFIRMATION AGREEMENT.**

You may rescind (cancel) your reaffirmation agreement at any time before the bankruptcy court enters a discharge order, or before the expiration of the 60-day period that begins on the date your reaffirmation agreement is filed with the court, whichever occurs later. To rescind (cancel) your reaffirmation agreement, you must notify the creditor that your reaffirmation agreement is rescinded (or canceled).

**PART B: REAFFIRMATION AGREEMENT.**

    The undersigned individual(s), (herein "Debtor(s)"), currently a Debtor or Debtor(s) under Chapter 7 of the United States Bankruptcy Code, is/are indebted to the **Space Coast Credit Union ("Creditor")** as evidenced by that certain promissory note/installment sale contract/disclosure statement/security agreement/funds advance voucher dated **3/29/2007** by and between the Debtors and the Creditor (the "Loan Documents".) To secure payment of the obligation owing to the Creditor, the Debtor(s) granted the Creditor a security interest in certain property described as

    **LOT 2, BLOCK 2, BENNINGTON PHASE I, PLAT OF VIERA NORTH PUD TRACT E-2, LOCATED IN THE CITY OF ROCKLEDGE, BREVARD COUNTY FLORIDA, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 46, PAGE 23 OF THE PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA.**

Which has the address of : **1853 SURREY CT, ROCKLEDGE, FL 32955**

    In consideration of the Debtor(s) being permitted to maintain possession or control of the Collateral pledged to the Creditor, the Debtor(s) agree(s) as follows:

    1.    **REAFFIRMATION** - The Debtor(s) reaffirm(s), reassume(s) and agree(s) to pay to the Creditor, in accordance with the Loan Documents, the amount owed under the Loan Documents at the time of filing the petition initiating this case **$337,944.70**. The Debtor(s) further agree to be bound by the terms of the above, described Loan Documents. The parties agree that this agreement may be filed with the Bankruptcy Court immediately after its execution.

    2.    **PERIODIC PAYMENTS** - Except as otherwise set forth in paragraph (3) below, the Debtor(s) agree(s) to commence monthly payments to the Creditor beginning with the first post petition payment due on **1/1/2009** and each month thereafter until the indebtedness is paid in full. In the event this agreement is rescinded by the Debtor(s), then any monthly payments made to Creditor, before rescission, will be kept by Creditor as adequate protection for the Debtor(s) continued use of the property pledged to Creditor.

    3.    **PAST DUE PAYMENTS** - As of the date of filing this bankruptcy case, the debtor(s) owed the following payments under the loan documents: $**2540.12.** These payments will be paid as follows: **N/A.**

    4.    **EFFECT OF RESCISSION** - If the Debtor(s) rescind(s) this agreement, then the Debtor(s) will be obligated for any payments required by this agreement prior to rescission. After rescission, the Debtor(s) agree(s) to immediately turn over to the Creditor the Collateral pledged to the Creditor.

5. **RESCISSION PERIOD** - THE DEBTOR(S) MAY RESCIND THIS AGREEMENT BY GIVING NOTICE TO THE CREDITOR AT ANY TIME PRIOR TO THE DISCHARGE HEARING OR SIXTY DAYS AFTER THIS AGREEMENT HAS BEEN FILED WITH THE COURT, WHICHEVER DATE IS LATER, BY PROVIDING NOTICE OF RESCISSION TO THE CREDITOR AT THE ADDRESS BELOW.

**SIGNATURE(S):**

Borrower:                                                    Co-borrower

**Eugene J Stys, Jr.**

_(Signature)_                                                _(Signature)_

Date: 1-20-9                                                 Date:

Accepted by creditor:

**James Langwell**
(Print Name)

_(Signature)_
Date of creditor acceptance: ~~1/29/08~~
1/29/09

## PART C: CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

( Check each applicable box.)

☐     I hereby certify that (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐     (Check box only if applicable and the creditor is not a Credit Union)
A presumption of undue hardship has been established with respect to this Agreement. In my opinion however, the debtor is able to make the required payment.

Printed Name of Debtor's Attorney: _Kelly Thomas_

Signature of Debtor's Attorney: _/s/ Kelly Th_

Date: _1/22/09_

**PART D: DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT.**

I believe this reaffirmation agreement is in my financial interest. I can afford to make the payments on the reaffirmed debt. I received a copy of the Reaffirmation Disclosure Statement in Part A and a completed and signed reaffirmation agreement.

Signed by Debtor _____

Signed by Co-Debtor ( If applicable ) _____

Date: _____